Fill in this information to identify the case:

Debtor name: **FABRICA DE BLOQUES VEGA BAJA, INC.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): **17-00965**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA<br>PO BOX 70101<br>San Juan, PR 00936 | | | | | | $355.42 |
| AEE<br>PO BOX 363508<br>San Juan, PR 00936 | | | | | | $3,941.32 |
| CRIM<br>PO Box 195387<br>San Juan, PR 00919-5387 | | Property Tax | Contingent Unliquidated Disputed | | | $17,001.66 |
| Departamento de Hacienda<br>PO Box 9024140<br>Oficina 424-B<br>San Juan, PR 00902-4140 | | | Contingent Unliquidated Disputed | | | $47,443.01 |
| IRS<br>City View Plaza II<br>Bdg 48<br>Carr 165, Km 1.2<br>Guaynabo, PR 00968-8000 | | | Contingent Unliquidated Disputed Subject to Setoff | | | $52,197.97 |
| MUNCIPIO DE VEGA BAJA<br>PO BOX 4555<br>VEGA BAJA, PR 00693 | | Municipal Tax | Contingent Unliquidated Disputed | | | $3,622.00 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Puerto Rico

In re  **FABRICA DE BLOQUES VEGA BAJA, INC.**  
Debtor(s)

Case No. **17-00965**  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ☒ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ 10,000.00 |
   | The undersigned shall bill against the retainer at an hourly rate of | $ 200.00 |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify): **Related**

4. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **FABRICA DE BLOQUES VEGA BAJA, INC.**                                   Case No.   **17-00965**
　　　　　　　　　　　　　　Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **February 15, 2017** | **/s/ Myrna L. Ruiz-Olmo, Esq.** |
|---|---|
| Date | **Myrna L. Ruiz-Olmo, Esq.** |
| | *Signature of Attorney* |
| | **MRO Attorneys at Law, LLC** |
| | **PO Box 367819** |
| | **San Juan, PR 00936-7819** |
| | **(787)237-7440** |
| | **mro@prbankruptcy.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Puerto Rico

In re  **FABRICA DE BLOQUES VEGA BAJA, INC.**                      Case No.  **17-00965**
Debtor(s)                                                           Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the VP of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 15, 2017**              **/s/ RAFAEL IVAN CASANOVA TIRADO**
                                          **RAFAEL IVAN CASANOVA TIRADO**/VP
                                          Signer/Title

FABRICA DE BLOQUES VEGA BAJA, INC.
PO BOX 86
VEGA BAJA, PR 00694

IRS-CENTRAL
PO BOX 7346
PHILADELPHIA, PA 19101-7346

MYRNA L. RUIZ-OLMO, ESQ.
MRO ATTORNEYS AT LAW, LLC
PO BOX 367819
SAN JUAN, PR 00936-7819

MUNCIPIO DE VEGA BAJA
PO BOX 4555
VEGA BAJA, PR 00693

AAA
PO BOX 70101
SAN JUAN, PR 00936

AEE
PO BOX 363508
SAN JUAN, PR 00936

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
PO BOX 191020
SAN JUAN, PR 00919-1020

FONDO DEL SEGURO DEL ESTADO
PO BOX 42006
SAN JUAN, PR 00940

IRS
CITY VIEW PLAZA II BDG 48
CARR 165, KM 1.2
GUAYNABO, PR 00968-8000